ERIC D. GOLDBERG (State Bar No. 157544)
Email: egoldberg@stutman.com
CAROL CHOW (State Bar No. 169299)
Email: cchow@stutman.com
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

JOSEPH G. MINIAS  (admitted *pro hac vice*)
JENNIFER J. HARDY  (admitted *pro hac vice*)
NORMAN OSTROVE  (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bowery Opportunity Fund L.P., *et al.* ) | District Court No. 2:13-cv-09275-RGK (JCGx) |
| Plaintiff(s), ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| D. Stephen Sorensen, ) | |
| Defendant(s). ) | |

580881v1

Plaintiffs Bowery Opportunity Fund, L.P.; Bowery Institutional Opportunity Fund, L.P.; Phoenix CLO I Ltd.; Phoenix CLO II Ltd.; Phoenix CLO III Ltd.; DStar Ltd.; Napier Park Distressed Debt Opportunity Master Fund Ltd.; Telos CLO 2006-1, Ltd.; and Telos CLO 2007-2, Ltd. (collectively, the "Plaintiffs") and defendant D. Stephen Sorensen (the "Defendant") hereby stipulate:

RECITALS

A. Plaintiffs commenced this action ("Litigation") on December 17, 2013 by filing a complaint against Sorensen. On March 6, 2014, Defendant filed a motion to dismiss the complaint ("MTD"), which is set for hearing at 9:00 a.m. on April 14, 2014. A scheduling conference ("Scheduling Conference") has been set for 9:00 a.m. on May 19, 2014.

B. Plaintiffs and Defendant have agreed to resolve their disputes on the following terms:

1. In exchange for certain good and valuable consideration, the Plaintiffs and their successors in interest, together with several additional parties[1] (collectively, and as listed below, the "Settling First Lien Lenders") have agreed to vote in favor of the Prepackaged Joint Plan of Reorganization for Ablest, Inc., et al., dated as of March 11, 2014 ("Plan"), as filed with the United States Bankruptcy Court of the District of Delaware.

2. In accordance with their ballots executed in favor of the Plan, the Settling First Lien Lenders and Defendant have exchanged releases, as set forth in Articles XII.A and XII.B of the Plan ("Releases"). As between the Defendant, the Sorensen Parties and each Non-Debtor Affiliate of such Sorensen Party (as those terms are defined in the Plan),

---

[1] Such additional parties are those listed in addition to Plaintiffs in the Plaintiffs' counsel's signature block below.

580881v1          1

on the one hand, and the Settling First Lien Lenders, on the other hand, the Releases are effective immediately, notwithstanding confirmation of the Plan.

In consideration of the Recitals set forth above, Plaintiffs and Defendant hereby stipulate to the dismissal of the Litigation in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

DATE: April 8, 2014

_____
Carol Chow

STUTMAN, TREISTER & GLATT, P.C.
Attorneys for the Settling First Lien Lenders, including Plaintiffs, comprised of the following entities: Bowery Opportunity Fund, L.P.; Bowery Institutional Opportunity Fund, L.P.; Blackwell Partners, LLC; Cedarview Opportunities Master Fund, L.P.; DStar LTD.; Macquarie Bank Limited; Napier Park Distressed Debt Opportunity Master Fund Ltd.; Phoenix CLO I Ltd.; Phoenix CLO II Ltd.; Phoenix CLO III Ltd.; Shinnecock CLO 2000-1 Ltd.; Soundpoint Beacon Master Fund L.P; and Sudbury Capital Fund, L.P.

DATE: April 10, 2014

_____
Troy A. Thielemann

CAPPELLO & NOEL LLP

Attorneys for Defendant

580881v1

2